# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

APRIL LANE,

    Plaintiff,

vs.                                       Case No. 3:21-cv-934-MMH-JBT

THE BOEING COMPANY,
a Foreign Profit Corporation,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 7; Notice) filed on September 24, 2021. In the Notice, Plaintiff requests dismissal of this matter without prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

    1.    This Court's Order to Show Cause (Dkt. No. 5) is **DISCHARGED**.

    2.    This case is **DISMISSED without prejudice**.

    3.    Each party shall bear its own costs and attorneys' fees.

4. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of September, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties